■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELTON LAWRENCE, Appellant. [682 NYS2d 225] —Appeal by the defendant from a judgment of the Supreme Court, Kings

County (Carroll, J.), rendered June 26, 1997, convicting him of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly denied the defendant's request to charge assault in the second degree as a lesser-included offense of assault in the first degree. There was no reasonable view of the evidence to support a finding that the victim sustained "physical injury" but not "serious physical injury" when he was slashed in the face with a box cutter by the defendant (*see,* CPL 300.50 [1]; *People v Glover,* 57 NY2d 61; *People v Greene,* 111 AD2d 183). Similarly, the court's decision to charge self-defense based on the justifiable use of deadly physical force rather than ordinary physical force was appropriate given the evidence adduced at the trial (*see,* Penal Law § 35.15 [1], [2]; *People v Smith,* 190 AD2d 522).

There is no proof in the record to suggest that the defendant was prejudiced in any manner by the People's belated production of an evidence voucher; hence, the court did not err in rejecting the defendant's request to impose a sanction (*see, generally, People v Banch,* 80 NY2d 610).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]) or without merit. O'Brien, J. P., Sullivan, Krausman and Florio, JJ., concur.